IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIM DERICK JACKSON                                                                                          PLAINTIFF
ADC #100235

v.                                            NO. 5:13CV00355 JLH

JIM TUCKER, *et al.*                                                                                       DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of defendant Candace Briggs, as set forth in her answer (docket entry #9).

IT IS SO ORDERED this 27th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE