### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KIM DERICK JACKSON                                                                                    PLAINTIFF
ADC #100235

v.                                    NO. 5:13CV00355 JLH

JIM TUCKER, Chief Officer,
DeWitt Police Department, *et al.*                                                        DEFENDANTS

### JUDGMENT

On the 5th day of April, 2016, this action came before the Court for trial by jury. Kim Derick Jackson appeared in person and through his lawyer, William G. Almand. Jim Tucker, Allen Spencer, and Candace Briggs (originally named as Vetsch) appeared in person and through their lawyers, Amanda LaFever and John Lennon Wilkerson. All parties announced ready for trial. After all of the evidence had been received and the jury had been duly instructed on the law, on April 7, 2016, the jury returned verdicts in favor of Jim Tucker and Candace (Vetsch) Briggs. The jury announced that it was unable to reach a verdict on the claims of Kim Derick Jackson against Allen Spencer, so the Court declared a mistrial as to those claims.

Pursuant to the jury verdicts, judgment is entered in favor of Jim Tucker and Candace (Vetsch) Briggs on the claims of Kim Derick Jackson. The complaint of Kim Derick Jackson is dismissed with prejudice as to the claims against Jim Tucker and Candace (Vetsch) Briggs. A mistrial order as to the claims of Kim Derick Jackson against Allen Spencer will be entered separately.

IT IS SO ORDERED this 8th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE