### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KIM DERICK JACKSON                                                                                        PLAINTIFF
ADC #100235

v.                                          NO. 5:13CV00355 JLH

JIM TUCKER, Chief Officer,
DeWitt Police Department, *et al.*                                                                DEFENDANTS

## ORDER OF MISTRIAL

On the 5th day of April, 2016, this action came before the Court for trial by jury. Kim Derick Jackson appeared in person and through his lawyer, William G. Almand. Defendants Jim Tucker, Allen Spencer, and Candace Briggs appeared in person and through their lawyers, Amanda LaFever and John Lennon Wilkerson. On April 7, 2016, after the jury had received all of the evidence and been duly instructed on the law, the jury announced that it was unable to reach a verdict on the claims of Kim Derick Jackson against Allen Spencer. The Court therefore declares a mistrial as to the claims of Kim Derick Jackson against Allen Spencer. A new trial date will be set by separate order.

IT IS SO ORDERED this 8th day of April, 2016.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE