**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KIM DERICK JACKSON                                                                              PLAINTIFF
ADC #100235

v.                                        NO. 5:13CV00355 JLH

ALLEN SPENCER, Officer,
DeWitt Police Department                                                                      DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the

defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen

the action if it is satisfactorily shown that settlement has not been completed and further litigation

is necessary.

IT IS SO ORDERED this 22nd day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE